IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER PIERCE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-05-670-F |
| RAY ROBERTS, and PHIL KLINE, | ) ) ) |
| Respondents. | ) |

**REPORT AND RECOMMENDATION ON
THE PETITIONER'S APPLICATION FOR
LEAVE TO PROCEED *IN FORMA PAUPERIS*__**

Mr. Pierce seeks pauper status, and the Court should deny the application.

He has filed three habeas petitions in this Court.[1] In the first two, the Court dismissed the actions because they had been filed in the wrong court and deemed moot the requests for pauper status.[2]

In the current proceedings, the Court informed Mr. Pierce that this action had also been filed in the wrong court.[3] Mr. Pierce responded that he understood the problem, but wanted to proceed with the habeas action here and had no problem paying the $5.00 filing

---

[1] *See* Report and Recommendation Concerning Dismissal (June 29, 2005).

[2] *Pierce v. Mullin*, Case No. CIV-02-945-F, slip op. at 2 (W.D. Okla. Sept. 6, 2002) (unpublished order by United States District Judge Stephen Friot); *Pierce v. Vanlandingham*, Case No. CIV-04-1174-F, slip op. at 2-3 (W.D. Okla. Sept. 28, 2004) (unpublished report and recommendation by United States Magistrate Judge Gary Purcell), *adopted* (W.D. Okla. Nov. 3, 2004) (unpublished order by United States District Judge Stephen Friot).

[3] *See* Audio Recording of Telephonic Conference (June 16, 2005).

fee.[4]  Mr. Pierce's application indicates possession of $39.86, which is ample for the $5.00 filing fee.[5]  As a result, the Court should overrule the application for pauper status and order payment of the $5.00 filing fee within twenty days.[6]

The Petitioner is advised of his right to object to this report and recommendation by July 19, 2005.[7]  If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma.[8]  The Petitioner is further advised that if he does not timely object, he would waive his right to appellate review of the denial of pauper status.[9]

The referral to the undersigned is not terminated.

Entered this 29th day of June, 2005.

*Robert E. Bacharach*
Robert E. Bacharach
United States Magistrate Judge

---

[4]     *See* Audio Recording of Telephonic Conference (June 16, 2005); Courtroom Minute Sheet (Telephone Conference) (June 16, 2005).

[5]     *See* 28 U.S.C. § 1914(a).

[6]     The undersigned is contemporaneously recommending dismissal of the habeas petition.  But the suggested dismissal would not relieve Mr. Pierce of the duty to pay the filing fee.  *See Purkey v. Green*, 28 Fed. Appx. 736, 746 (10th Cir. Aug. 17, 2001) (unpublished op.) ("Notwithstanding the district court's dismissal of plaintiff's action, he is still required to pay the full filing fee to the district court.").

[7]     *See* W.D. Okla. Local Civil Rule 72.1(a).

[8]     *See Haney v. Addison*, 175 F.3d 1217, 1219-20 (10th Cir. 1999).

[9]     *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

2