**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTOPHER PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-670-F |
| ) | |
| RAY ROBERTS and PHIL KLINE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Magistrate Judge Robert E. Bacharach entered a Report and Recommendation in this case on June 29, 2005. (Report, docket entry no. 7.) That Report recommends denying petitioner's application to proceed in forma pauperis. The Report further advised petitioner of his right to object to the Report by July 19, 2005. Petitioner has not objected and has not requested an extension of time within which to object.

Magistrate Judge Bacharach also entered another Report and Recommendation in this action on June 29, 2005. That Report is entitled "Report and Recommendation Concerning Dismissal." (Report, docket entry no. 8.) That Report recommended summary dismissal of this action for lack of jurisdiction. That Report also advised petitioner of his right to object to the Report by July 19, 2005. Petitioner has not objected and has not requested an extension of time within which to object.

The court finds that no purpose would be served by repeating the magistrate judge's determinations or analysis here. After review of both Reports, the record, and the relevant legal authorities, and there being no objection to either Report, both of the Reports and Recommendations of Magistrate Judge Robert E. Bacharach are **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in their entirety. Accordingly, for the

-2-

reasons stated in the Reports, petitioner's application to proceed in forma pauperis is **DENIED**, and this action is hereby **DISMISSED** for lack of jurisdiction.

Dated this 3rd day of August, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0670p002.wpd